JAMES McKINNEY et al., Composing the Firm of JAMES McKINNEY & SON, Respondents, v. CHARLES LADOW, Appellant.

*McKinney* v. *La Dow*, 59 App. Div. 624, affirmed.
(Argued February 16, 1903; decided March 3, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1901, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee.

*Frederick W. Cameron* for appellant.

*Learned Hand* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

THE BOYLAN MANUFACTURING COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.

*Boylan Manfg. Co.* v. *State of New York*, 72 App. Div. 628, affirmed.
(Argued February 16, 1903; decided March 3, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1902, which affirmed a judgment of the Court of Claims dismissing the plaintiff's claim.

*George W. Wingate* for appellant.

*John Cunneen* and *S. S. Taylor* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.